Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Jamari S. Evans</u>                                        Docket No.  <u>1:22PO158</u>

## Petition on Probation

COMES NOW <u>Stanley Leigh</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jamari S. Evans</u>, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>15th</u> day of <u>March</u>, <u>2022</u>, who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** <u>6/7/2022 at 10:00 a.m.</u>

**ORDER OF COURT**

Considered and ordered this <u>16th</u> day of <u>May</u>, 20<u>22</u> and ordered filed and made a part of the records in the above case.

Digitally signed by Ivan D. Davis
Date: 2022.05.16 12:10:51 -04'00'

Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: Stanley Leigh
Digitally signed by Stanley Leigh
Date: 2022.05.13 20:53:45 -04'00'

Stanley Leigh
U.S. Probation Officer
(703) 299-2359
Place <u>Alexandria, Virginia</u>

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: EVANS, Jamari S.**

OFFENSE: Unauthorized Possession of a Controlled Substance, in violation 18 U.S.C., Section 844.

SENTENCE: On March 15, 2022, Mr. Evans appeared before Your Honor for sentencing, and he was placed on 1-year term of supervised probation under Title 18 U.S.C., Section 3607.  Special conditions included the following:

1.   The defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer.

2.   The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

3.   The defendant must return to court on: (only if notified to do so)

ADJUSTMENT TO SUPERVISION: Mr. Evans resides in a one-bedroom apartment in Woodbridge, Virginia, with his girlfriend and their child.  He has no documented employment.  He is enrolled in individual and group therapy with Alliance Therapy Center.  A recent records check revealed no pending charges or warrants.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:      UNLAWFUL USE OF A CONTROLLED SUBSTANCE.**

On April 14, 2022, Mr. Evans tested positive for cocaine, and the finding was confirmed on May 2, 2022.

On March 30, 2022, Mr. Evans tested positive for marijuana and cocaine, and the findings were confirmed on April 25, 2022.

On March 28, 2022, Mr. Evans tested positive for marijuana and cocaine, and the findings were confirmed on April 26, 2022.

SEL/lmg